UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MISTY CRISP,

    Plaintiff,

v.    Case No: 6:18-cv-2081-Orl-40TBS

EXECUTIVE GARDEN TITUSVILLE
HOTEL, LLC and ELCORNO MARTIN,

    Defendants.
                         /

## **ORDER**

This cause is before the Court on the parties' Joint Motion for Approval of FLSA Settlement Agreement (Doc. 18) filed on April 5, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection has been filed (Doc. 20), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 8, 2019 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of FLSA Settlement Agreement (Doc. 18) is **GRANTED**.

3. The parties' Settlement Agreement (Doc. 18-1) is **APPROVED.**

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 10, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties